UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VIRGILIO E. RODRIGUEZ.
268 MILL STREET, APT. 208
WORCESTER, MA., 01602-3151
PHONE: 508-797-0507

CASE NUMBER   1:05CV01770

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 09/06/2005

V

DEPARTMENT OF THE ARMY,
JACKSONVILLE DISTRICT
P.O. BOX 4970
JACKSONVILLE, FLORIDA, 32201

1

CORPS OF ENGINEER'S
OF UNITED STATES ARMY
DEPARTMENT OF THE ARMY
P.O. BOX 4970
JACKSONVILLE, FLORIDA, 32201

LEGAL DIVISION
FEDERAL DEPOSIT
INSURANCE CORPORATION
WASHINGTON, D.C. 20429-9990

FEDERAL HOUSING PROJECT
DR. RAFAEL LOPEZ NUSSA
CARACOLES WARD
PONCE, P.R., - 00732

STAR LIGHT URBANIZATION
CARACOLES WARD
PONCE, P.R., - 00732

MUNICIPALITY OF PONCE
LEGAL DIVISION
PONCE, P.R., 00732

SHEARSON AMERICAN
EXPRESS CORPORATION
AND/OR AKA SALOMON, BARNEY
AND SMITH
390 GREENWICH
N.Y.C., NEW YORK 10013

SABARI REAL ESTATES
CORPORATION,
PLAZA CARIBE COMMERCIAL
CENTER,
CARACOLES WARD
PONCE, P.R., -00732

PROPERTY REGISTER
HOSTOS AVENUE
PONCE, P.R., -00732

PLANNING BOARD OF
PUERTO RICO
SAN JUAN, P.R. - 00902

Mss. Carmen Rita Sauri
Plaza Caribe Commercial Center
SABARI REAL ESTATES CORPORATION
CARACOLES WARD
PONCE, P.R., - 00732

DIVISION OF LAND
AUTHORITY OF LAND
GOVERNMENT OF P.R.
SAN JUAN, P.R., 00902

Mr. ROBERTO SANCHEZ RAMOS
SECRETARY OF JUSTICE
P.O. BOX 9020192
SAN JUAN, P.R., - 00702-0192

# COMPLAINT

1.- The name and address of the PLAINTIFF is Virgilio E. Rodriguez Torruella and residing at the City of Worcester, Massachusett's, by himself as Pro-Se Litigant in forma pauperis allegues, express and solicit in this cause of action that the above named DEFENDANTS did unlawfully take over possession of Land formerly called "FARMSTEAD STAR", that was hold in title to them. My Great, Great, Great-grandparent MR. VALENTIN TRICOCHE owner of the "FARMSTEAD STAR", never sold it neither renting to them.

2.- The JURISDICTION and/or reason of this case to being filed in this Federal Court is that the PLAINTIFF is an American citizen with standing and is due that to some of the DEFENDANTS that are located in several parts of the United States of North America, including WASHINGTON, D.C. See 28 U.S.C. 1331 et seq.

3.- The ALLEGATIONS or CLAIMS are that the DEFENDANTS in the above entitled action have taken and used this land unlawfully and without legal title ownership. Construction of numerous projects have taken place on this land and have some of the building construction has been financed by partial local funding and in combination with Federal Funds.

<u>See Rule 10 Federal Rules Of Civil Procedure.</u>

A: The following projects have been built on land formerly known as "The FARMSTEAD STAR" property.

1.- The Armory of the United States Army.
2.- The Public Housing Project Dr. Rafael Lopez Nussa.
3.- The Right of Way Ponce By-Pass (U-2).
4.- The Avenue Santiago de Los Caballeros.
5.- The Regional College Building of the University of Puerto Rico, Ponce Branch.

6. The Superior Court Building – Ponce Court Room.

7. – The Telephone Company of Puerto Rico.

8. – Puerto Rico Aqueduct And Sewer Authority.

9. – Puerto Rico Resource Electric Company.

10. – The Municipality of Ponce, Puerto Rico, (Star Light Urbanization), Shearsson American Express Corporation.

11. – Ponce By-Pass "Fast Food Centers".

12. – Plaza Caribe Commercial Center. Also, others Bigs Commercial Centers.

B. – This is the sum and substance to the claim of land taking an illegal building on the same.

4. – THEREFORE: The Plaintiff Parts in this action has never received the Restitution of Hereditary Wordly Possessions of the "FARMSTEAD STAR", and has

The Plaintiff Parts in the present cause of action, very respectfully request the claim trial by Jury.

See Rule 38(b) of the Federal Rules Of Civil Procedure.

*[signature]*

never been compensated financially by the Usufruct for any of this land taking and holds all defendants responsible for their illegal land transactions.

Respectfully submitted by

_Virgilio Emilio Rodriguez Torruella_

Virgilio Emilio Rodriguez Torruella
P.O. BOX 7063B
Worcester, MA., - 01607-0633.

Res: #267 MILL STREET
#208 APARTMENT
WORCESTER, MA., - 01602-3151.