IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VIRGILIO E. RODRIGUEZ**<br>268 Mill Street<br>Apt. 208<br>Worchester, MA 01602-3151<br><br>      Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF THE ARMY,**<br>Jacksonville District<br>P.O. Box 4970<br>Jacksonville, FL 32201<br><br>**CORPS OF ENGINEERS**<br>**OF THE UNITED STATES ARMY**<br>Department of the Army<br>P.O. Box 4970<br>Jacksonville, FL 32201<br><br>**FEDERAL DEPOSIT INSURANCE**<br>**CORPORATION**<br>Legal Division<br>Washington, D.C. 20429-9990<br><br>**DR. RAFAEL LOPEZ NUSSA**<br>Federal Housing Project<br>Caracoles Ward<br>Ponce, PR 00732<br><br>**STARLIGHT URBANIZATION**<br>Caracoles Ward<br>Ponce, PR 00732<br><br>**MUNICIPALITY OF PONCE**<br>Legal Division<br>Ponce, PR 00732<br><br>**SHEARSON AMERICAN**<br>**EXPRESS CORPORATION**<br>**AND/OR SOLOMON, BARNEY**<br>**AND SMITH**<br>390 Greenwich | Civil Action No. 05-1770 (ESH) |

| | |
|---|---|
| NYC, New York 10013 | ) |
| | ) |
| **SABARI REAL ESTATES** | ) |
| **CORPORATION** | ) |
| Plaza Caribe Commercial Center | ) |
| Caracoles Ward | ) |
| Ponce, PR 00732 | ) |
| | ) |
| **PROPERTY REGISTER** | ) |
| Hostos Avenue | ) |
| Ponce, PR 00732 | ) |
| | ) |
| **PLANNING BOARD OF** | ) |
| **PUERTO RICO** | ) |
| San Juan, PR 00902 | ) |
| | ) |
| **MS. CARMEN RITA SAURI** | ) |
| Sabari Real Estate Corporation | ) |
| Plaza Caribe Commercial Center | ) |
| Caracoles Ward | ) |
| Ponce, PR 00732 | ) |
| | ) |
| **GOVERNMENT OF PUERTO RICO** | ) |
| Division of Land | ) |
| Authority of Land | ) |
| San Juan, PR 00902 | ) |
| | ) |
| **MR. ROBERTO SANCHEZ RAMOS** | ) |
| Secretary of Justice | ) |
| P.O. Box 9020192 | ) |
| San Juan, PR 00702-0192 | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the federal defendants in the above-captioned case.

2

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class mail; postage prepaid to:

VIRGILIO E. RODRIGUEZ
268 Mill Street
Apt. 208
Worchester, MA 01602-3151

                                        _____/s/_____
                                        KEVIN K. ROBITAILLE
                                        Special Assistant U.S. Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530