UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGILIO E. RODRIGUEZ TORRUELLA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:05CV01770 (ESH)<br>Hon. Ellen Segal Huvelle |

### MOTION OF DEFENDANT CITIGROUP GLOBAL MARKETS INC. F/K/A SALOMON SMITH BARNEY TO DISMISS THE COMPLAINT OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT

Defendant Citigroup Global Markets, Inc., formerly known as Salomon Smith Barney, Inc. ("SSB")[1], hereby moves to dismiss the complaint, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, or, alternatively, for a more definite statement, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

Dated: New York, New York
　　　　October 13, 2005

Respectfully submitted,

By: _____
　　Julia L. Tarver (D.C. Bar # NY0029)

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON
1285 Avenue of the Americas
New York, New York  10019-6064
212-373-3000

Attorneys for Defendant
Citigroup Global Markets, Inc.

---

[1]　SSB is named erroneously in the complaint as "Salomon, Barney and Smith."

Doc #:NY7:62599.1