UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGILIO E. RODRIGUEZ TORRUELLA,<br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br>    Defendants. | Civil Action No. 1:05CV01770 (ESH)<br>Hon. Ellen Segal Huvelle |

**PROPOSED ORDER**

This matter is before the Court on the motion of Defendant Citigroup Global Markets Inc., formerly known as Salomon Smith Barney Inc. ("SSB", named in the complaint as "Salomon, Barney and Smith") to dismiss the complaint or, alternatively, for a more definite statement. Having considered the motion and the other materials on file in the record, the Court in its discretion finds that good cause exists for the granting of such motion. Accordingly, it is hereby this _____ day of _____, 2005:

ORDERED that

1.   Pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, the Complaint is dismissed without prejudice as to SSB,

Or, alternatively, that

1.   Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, Plaintiff shall, within 10 days from the date of this Order, file a more definite statement of his claim, in compliance with Rule 8(a).

_____
HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE

Doc #:NY7:62727.1