AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Luke DePalma, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On October 13, 2005, I served a true copy of the foregoing: MOTION OF DEFENDANT CITIGROUP GLOBAL MARKETS INC. F/K/A SALOMON SMITH BARNEY TO DISMISS THE COMPLAINT OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT and PROPOSED ORDER and MEMORANDUM OF LAW OF DEFENDANT CITIGROUP GLOBAL MARKETS INC. F/K/A SALOMON SMITH BARNEY IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT on the following:

> Virgilio E. Rodriguez Torruella
> 268 Mill Street, Apt. 208
> Worchester, MA 01602-3151

3. I made such service by personally enclosing true copies of the aforementioned documents in a properly addressed prepaid wrapper and placing it into an official

depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
Luke DePalma

Sworn to before me this
13th day of October, 2005

_____
Notary Public

TARA E. MIEZEJESKI
Notary Public, State Of New York
No. 01MI6035670
Qualified In New York County
Commission Expires March 15, 2006