CO-386-online
10/03

# United States District Court
# For the District of Columbia

Virgilio E. Rodriguez Torruella )
)
)
)
vs   Plaintiff )   Civil Action No. 1:05CV01770 (ESH)
)
Department of the Army, et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Citigroup Global Markets Inc. f/k/a Salomon Smith Barney Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Citigroup Global Markets Inc. which have any outstanding securities in the hands of the public:

Citigroup Inc.
Citicorp
Citigroup Global Markets Holdings Inc.
Travelers Insurance Company
Travelers Life & Annuity Company
Student Loan Corp.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

NY0029
_____
BAR IDENTIFICATION NO.

Julia L. Tarver
_____
Print Name

Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas
_____
Address

New York, NY 10019-6064
_____
City      State      Zip Code

212-373-3000
_____
Phone Number