UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGILIO E. RODRIGUEZ TORRUELLA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1770 |
| ) | (ESH) |
| **DEPARTMENT OF THE ARMY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Defendant Citigroup Global Markets, Inc., formerly known as Salomon Smith Barney, Inc. has filed a motion to dismiss the complaint, pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, or, alternatively, for a more definite statement, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro* se in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than November 13, 2005. If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

                                                   s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

DATE:    October 14, 2005