UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGILIO E. RODRIGUEZ TORRUELLA<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>Defendants, | Civil Action No. 05-1770<br>(ESH) |

MOTION INFORMATIVE FOR DEFINITE
STATEMENT OF THE CLAIM FACTS

The Plaintiff Virgilio E. Rodriguez Torruella, by the present "MOTION" inform more definite stament of the Claim facts.

That the defendants in his second

paragraph of the FACTS send to the Court express. The only possible connection to SBB alleged is that "The Municipality of Ponce, Puerto Rico (Star Light Urbanization), Shearson American Express Corporation" is one of several "projects" built on land formely known as "The FARMSTEAD STAR" property." (apt. 3A.)

That the Municipality of Ponce, Puerto Rico, through Mr. Jose Tormos, Mayor in turn of the City of Ponce, Puerto Rico, Mr. Boscio his legal Advisor made a "DEAL", with the Investment Commercial Firm "Shearson American Express Corporation" and that "DEAL", was a financing of Sixty Six Millions Dollars ($66,000,000.00), using as collateral the farm 828 that was in the Book of the City Hall registered, belonging to the "FARMSTEAD STAR", this

farm was re-group with the farm 6706, and with this financing was made the construction of the Urbanization known as "STAR LIGHT", inside the "FARMSTEAD STAR".

That the inscription first of the farm number 828 to folio 109 of Volume 17 of Ponce, copied literally said as follow:

> RUSTIC - Farmstead of sugar sweet canes named star, settled in the term of this City Wards of San Anton and Bucana.

That result of the inscription Second of the farm number 828 to folio 112 of the volume 17 of the City Hall of

3

this City.

That the Mayor - Mr. Jose Tormos and his legal Advisor - Mr. Boscio, after this "DEAL", both were accused - convicted and sentenced in the Federal Area and sended to different Federal Jail in which in one dead the Mayor Tormos and in the other one the legal Advisor Mr. Boscio few months later on.

That the Commercial Firm Shearson American Express Corporation after that "DEAL", immediately changed his "TRADE NAME".

That the only project between the Municipality of Ponce, Puerto Rico, and Shearson American Express Corporation, was the "Star Light Urbanization", cons-

tructed inside the "FARMSTEAD STAR" property of MR. VALENTIN TRICOCHE, my Great-Great-granfather.

That the "FARMSTEAD STAR", was not property of the Municipality of Ponce, neither of Shearson American Express Corporation, also not belonged to Mr. Jose Tormos the Mayor neither Mr. Boscio, Legal Advisor.

That MR. VALENTIN TRICOCHE, owner of the "FARMSTEAD STAR", never sold the same to them neither renting before his death to anybody.

That the Municipality of Ponce, Puerto Rico and the Commercial Firm Shearson American Express Corporation both were in an "ILLEGAL TAKEOVER AND USE OF LAND WITHOUT RIGHTFUL OWNERSHIP

BY TITLE DEED.

That the Municipality of Ponce, Puerto Rico, and Shearson American Express Corporation, must be clean in every thing they do or done, but by the contrary of, both are involved in a dirty "DEAL", when using as collateral farms for a financing of Sixty Six Millions Dollars ($66,000,000.00), of the "FARMSTEAD STAR", property that not belong to them.

Dated: Worcester, Massachusetts
October 26, 2005.

Respectfully submitted,

_[signature]_
Virgilio E. Rodriguez Torruella
267 Mill St., Apt. 208
Worcester, MA, 01602-3151
508-797-0507.

6

# CERTIFICATE OF SERVICE

I, Virgilio E. Rodriguez Torruella, hereby certify that on 26 October, 2005, I forwarded a copy of a MOTION INFORMATIVE, to SHEARSON AMERICAN EXPRESS CORPORATION AND/OR SOLOMON, BARNEY AND SMITH.

This abovementioned document was sended by via certify mail "Domestic Return Receipt", postage prepaid, to the following Counsel of record.

Julia L. Tarver (D.C. Bar #NY0029)
1285 Avenue of the Americas
New York, New York 10019-8064
212-373-3000

*Virgilio E. Rodriguez Torruella* (signature)

Virgilio E. Rodriguez Torruella
267 Mill St., 208 Apt.
Worcester, MA.-01602-3151
508-797-0507.