UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VIRGILIO E. RODRIGUEZ TORRUELLA,**  :
:
        **Plaintiff,**  :
:
        v.  :   Civil Action No.  05-1770 (ESH)
:
**DEPARTMENT OF THE ARMY,** *et al.*,  :
:
        **Defendants.**  :
:

## ORDER

Plaintiff brings this action *pro se* basically to quiet title to real property located in the Municipality of Ponce, Puerto Rico.  He claims that this property was improperly transferred by the Municipality of Ponce to Shearson American Express.  Pursuant to the general venue statute, plaintiff's action is properly brought only in the "judicial district in which . . . a substantial part of the property that is the subject of the action is situated."  28 U.S.C. § 1391(b)(2).  Venue cannot lie in this Court.  In the interest of justice, the Court will transfer this action to the United States District Court for the District of Puerto Rico.  Accordingly, it is this 1st day of November, 2005, hereby

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this action is hereby transferred to the United States District Court for the District of Puerto Rico.

                                                                s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge